UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER BAKER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>REPP SPORTS LLC, a Florida company<br><br>    Defendant. | NO. 6:21-cv-00242-CEM-LRH |

## NOTICE OF SETTLEMENT

Plaintiff Tyler Baker hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim and without prejudice as to the rights of putative class members to bring claims within 30 days. Accordingly, the parties respectfully request that all current deadlines be suspended pending the filing of the Notice of Dismissal.

DATED this 24th day of September, 2021.   Respectfully submitted,

    /s/ Avi R. Kaufman
    Avi R. Kaufman (Trial Counsel)
    Florida State Bar # 84382
    kaufman@kaufmanpa.com
    KAUFMAN P.A.
    400 NW 26th Street
    Miami, FL 33127
    Telephone: (305) 469-5881

    Stefan Coleman
    Florida State Bar # 30188

law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*